The Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and OOFOS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GUANGMING TANG, an individual; HUI YANG, an individual; KANG SUN, an individual; WENJIE FAN, an individual; XIAOFEI LIU, an individual; ZHI LI, an individual; YACHUNG HE, and individual; HAIQING HU, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:23-cv-00898-TMC<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION TO FILE OVER-LENGTH** *EX PARTE* **MOTION FOR ALTERNATIVE SERVICE** |

THIS MATTER came before the Court on the *ex parte* Motion by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Oofos, Inc. (collectively, "Plaintiffs") for leave to file an over-length *ex parte* Motion for Alternative Service on Defendants (the "Motion"), pursuant to Local Civil Rule 7(f). This Court, having considered Plaintiffs' Motion and finding good cause, GRANTS Plaintiffs leave to file a motion for alternative service not to exceed 2,500 words.

ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 1
(2:23-cv-00898-TMC)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

SO ORDERED this 12th day of January, 2024.

———————————————————
Tiffany M. Cartwright
United States District Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

 *s/ Scott R. Commerson*
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

*s/ Lauren B. Rainwater*
Lauren B. Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

ORDER GRANTING *EX PARTE* MOTION TO FILE OVER-LENGTH MOTION - 2
(2:23-cv-00898-TMC)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax