The Honorable Tiffany M. Cartwright
The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and OOFOS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GUANGMING TANG, an individual; HUI YANG, an individual; KANG SUN, an individual; WENJIE FAN, an individual; XIAOFEI LIU, an individual; ZHI LI, an individual; YACHUN HE, an individual; HAIQING HU, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:23-cv-00898-TMC-BAT<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **RENEWED MOTION FOR ALTERNATIVE SERVICE** |

THIS MATTER came before the Court on the *Ex Parte* Renewed Motion for Alternative Service ("Motion") brought by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Oofos, Inc. (collectively, "Plaintiffs"). The Court, having considered Plaintiffs' Motion and finding good cause, hereby ORDERS:

1. Plaintiffs' Motion (Dkt. 18) is **GRANTED**.

2. Plaintiffs are authorized to serve the following Defendants via the email addresses listed below:

ORDER GRANTING PLAINTIFFS'
*EX PARTE* MOTION FOR ALTERNATIVE SERVICE - 1
(2:23-cv-00898-TMC-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

    a. on Defendant Guangming Tang through the following email address used to log in and access their account with Payoneer, Inc. ("Payoneer"): rashiempolglaze70@outlook.com;

    b. on Defendant Kang Sun through the following email address used to log in and access their account with Payoneer: jamesanthonymyrtie10@outlook.com;

    c. on Defendant Wenjie Fan through the following email address used to log in and access their account with Payoneer: fengzhai6204@163.com;

    d. on Defendant Xiaofei Liu through the following email address used to log in and access their account with Payoneer: civvr4@163.com;

    e. on Defendant Zhi Li through the following email address used to log in and access their account with Payoneer: o6pnpf1@163.com;

    f. on Defendant Yachun He through the following email address used to log in and access their account with Payoneer: laibei97941750@163.com;

    g. on Defendant Haiqing Hu through the following email address used to log in and access their account with Payoneer: k61011946huanhua@163.com.

Plaintiffs shall provide the Court with confirmation of completed service by email with proof of authorship, content, delivery, and receipt.

SO ORDERED this 23rd day of February, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING PLAINTIFFS'
*EX PARTE* MOTION FOR ALTERNATIVE SERVICE - 2
(2:23-cv-00898-TMC-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

<u>s/ Scott R. Commerson</u>
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

<u>s/ Lauren Rainwater</u>
Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

ORDER GRANTING PLAINTIFFS'
*EX PARTE* MOTION FOR ALTERNATIVE SERVICE - 3
(2:23-cv-00898-TMC-BAT)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax